# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Sammie Lee Brown, ) | C/A No. 4:11-1546-CMC-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Michael J. Astrue, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on Defendant's motion for remand for further proceedings under sentence six of 42 U.S.C. §405(g). Dkt. No. 12. Plaintiff has consented to said motion. Dkt. No. 13.

Therefore, upon consideration of Defendant's unopposed motion to remand, and good cause appearing therefor, this case is hereby remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                          s/ Cameron McGowan Currie
                                                          CAMERON MCGOWAN CURRIE
                                                          UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 19, 2011