IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SAMMIE LEE BROWN, | ) Civil Action No. 4:11-cv-01546-CMC |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on Defendant's motion for entry of Judgment after Sentence Six Remand. ECF No. 19. Upon consideration of the motion and its attached fully favorable Social Security Administration decision of August 27, 2014 for Plaintiff, it is hereby ordered that Judgment for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

AND IT IS SO ORDERED.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 10, 2015

˜1˜